1  **KLEIN THOMAS LEE & FRESARD**
   Anthony S. Thomas (SBN 149284)
2  Email: Tony.thomas@kleinthomaslaw.com
   Mikoe Z Tretola (SBN 342787)
3  Email: mikoe.tretola@kleinthomaslaw.com
   1920 Main Street, Suite 230
4  Irvine, CA 92614
   Tel: (310) 424-4009
5
6  Attorneys for Defendant, Nissan North America, Inc.

7  **QUILL & ARROW, LLP**
   Kevin Y. Jacobson (SBN 320532)
8  Email: kjacobson@quillarrowlaw.com
   Roy Enav (SBN 340224)
9  Email: renav@quillarrowlaw.com
   10880 Wilshire Blvd., Suite 1600
10 Los Angeles, CA 90024

11 Attorneys for Plaintiff Miguel R. Navarro

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MIGUEL R. NAVARRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-03536 (ADS)<br><br>*[Removed from Los Angeles County Superior Court, Case No. 24STCV32681]*<br><br>Magistrate Judge: Autumn D. Spaeth<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND**<br><br>Action Filed: December 11, 2024<br>Trial: None |

# ORDER

The Court, having considered the Parties' Stipulation, and good cause appearing therein, hereby orders that the Parties' Stipulation is **GRANTED:**

1. This matter is remanded back to the Superior Court of the State of California, County of Los Angeles;

2. All deadlines, dates, and events presently on calendar are vacated.

**IT IS SO ORDERED.**

DATED: May 28, 2025

/s/ Autumn D. Spaeth
Hon. Autumn D. Spaeth
Judge of the United States Central District Court